## Commonwealth v. Dyson, Appellant.

Argued March 18, 1974. *Joel S. Moldovsky,* with him *Moldovsky and Ring,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Ettien et al., Appellants.

Argued March 19, 1974. *F. Kirk Adams,* with him *Frank J. Marcone,* and *Adams & Howard,* for appellants; *Anna I. Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.